United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY,<br><br>            Plaintiff,<br><br>   v.<br><br>DEPOT GARDEN CAFÉ, et al.,<br><br>            Defendants. | No. 08-2292 EMC<br><br>**ORDER OF RECUSAL** |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: June 3, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge