1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
2 | *A Professional Law Corporation*
2806 Van Ness Avenue
3 | San Francisco, CA 94109
Telephone:   415/674-8600
4 | Facsimile:   415/674-9900

5 | Attorneys for Plaintiffs PATRICK CONNALLY
and DISABILITY RIGHTS ENFORCEMENT,
6 | EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　Plaintiffs,<br><br>v.<br><br>DEPOT GARDEN CAFE; FRANK ANNICELLI; NAM DOO CHUNG and NAN KWANG CHUNG, individuals dba DEPOT GARDEN CAFE,<br><br>　　Defendants. | CASE NO. CV-08-2292-PJH<br><br>**RETURN OF SERVICE RE DEFENDANTS FRANK ANNICELLI; NAM DOO CHUNG and NAN KWANG CHUNG, individuals dba DEPOT GARDEN CAFE** |

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref No. or File No.: DEPOT GARDEN CAFE |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: PATRICK CONNALLY, et al.
Defendant: DEPOT GARDEN CAFE, et al.

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 2292 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT, SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III, ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED MAY 15, 2008.

3. a. Party served                                FRANK ANNICELLI

4. Address where the party was served:    304 MARIN AVENUE
                                                              MILL VALLEY, CA 94941

5. I served the party:
   b **by substituted service.** On: Wed., May. 21, 2008 at: 1:45PM by leaving the copies with or in the presence of:
   TORIKA "DOE", MOTHER, Middle Eastern, Female, 57 Years Old, Black Hair, 5 Feet 5 Inches
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a as an individual defendant

7. Person Who Served Papers:                                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM RUIZ                                                               d. The Fee for Service was:

   First Legal Support Services                                              e I am: (3) registered California process server
   ATTORNEY SERVICES                                                         (i) Independent Contractor
   1138 HOWARD STREET                                                        (ii) Registration No.: 186
   San Francisco, CA 94103                                                   (iii) County: Marin
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, May. 22, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(JIM RUIZ)                    6419825.thofr-fg.135658

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600    FAX No: 415-674-9900 | |
| Attorney for: Plaintiff | Ref No or File No:<br>DEPOT GARDEN CAFE |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: PATRICK CONNALLY, et al
Defendant: DEPOT GARDEN CAFE, et al.

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2292 EMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, CIVIL COVER SHEET, WELCOME TO THE U.S. DISTRICT COURT; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT, LETTER DATED MAY 15, 2008.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:           Thu., May. 22, 2008
   b. Place of Mailing:          SAN FRANCISCO, CA 94103
   c. Addressed as follows:      FRANK ANNICELLI
                                 304 MARIN AVENUE
                                 MILL VALLEY, CA 94941

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U S Postal Service on Thu., May. 22, 2008 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2008-0001044
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, May. 22, 2008

                                                                    (AARON DANIEL)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

df19825.thqfr-fg.135658

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | | | |
| Telephone No: 415-674-8600   FAX No 415-674-9900 | | | | |
| Attorney for: Plaintiff | | Ref No. or File No.:<br>DEPOT GARDEN CAFE | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: PATRICK CONNALLY, et al.
Defendant: DEPOT GARDEN CAFE, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time | Dept/Div | Case Number:<br>CV 08 2292 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED MAY 15, 2008.

3. a. Party served: NAM DOO CHUNG, individually dba DEPOT GARDEN CAFE

4. Address where the party was served: 718 B STREET
   SAN RAFAEL, CA 94901

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 29, 2008 (2) at: 3:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM RUIZ
   d. The Fee for Service was:
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 186
       (iii) County: Marin

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, May. 30, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(JIM RUIZ)   6419823.thofr-fg.136731

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No 415-674-8600    FAX No: 415-674-9900 | | | | |
| Attorney for: Plaintiff | | Ref No or File No.:<br>DEPOT GARDEN CAFE | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: PATRICK CONNALLY, et al.<br>Defendant: DEPOT GARDEN CAFE, et al | | | | |
| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2292 EMC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED MAY 15, 2008

3. a. Party served:    NAN KWANG CHUNG, individually dba DEPOT GARDEN CAFE

4. Address where the party was served:    718 B STREET
   SAN RAFAEL, CA 94901

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 29, 2008 (2) at: 3:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a as an individual defendant

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a JIM RUIZ
   First Legal Support Services    d. The Fee for Service was:
   ATTORNEY SERVICES
   1138 HOWARD STREET    e. I am: (3) registered California process server
   San Francisco, CA 94103       (i) Independent Contractor
   (415) 626-3111, FAX (415) 626-1331    (ii) Registration No.: 186
                                         (iii) County: Marin

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, May. 30, 2008

   Judicial Council Form POS-010    PROOF OF SERVICE    (JIM RUIZ)
   Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS & COMPLAINT    6419824.thofr-fg.136732