FILED

08 JUN 17 AM 10: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Frank Annicelli
   **Name and Address**
2  2300 Bear, Blvd, San Francisco, Ca
3  Mail to PO 2013 Sausalito Ca. 94966
4
                E-filing
5       **UNITED STATES DISTRICT COURT**
6       **NORTHERN DISTRICT OF CALIFORNIA**
7
8                              )        Case No. # 3 08-EX 02292 PJH
                               )
9   Connally et al             )
                               )
10     **Plaintiff / Petitioner**  )   **Document Name:**
                               )
11     **VS.**                     )
                               )        answer
12                              )
                               )
13  Depot Garden Cafe et al     )
                               )
14     **Defendant / Respondent**  )
15
16  There is No Denial of Right to Access under
17  American with Disabilities Act
18
19
20
21
22
23
24
25
26
27
28