1  James M. Hanavan, State Bar No. 66097
2  Kristen E. Drake, State Bar No. 202827
   CRAIGIE, MCCARTHY & CLOW
   540 Pacific Avenue
3  San Francisco, CA 94133
   Telephone: (415) 732-7788
4  Facsimile:  (415) 732-7783

5  Attorneys for Defendants
   DEPOT GARDEN CAFE and
6  NAM DOO CHUNG and NAN
   KWANG CHUNG, individuals dba
7  DEPOT GARDEN CAFE

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 PATRICK CONNALLY, an individual;      Case No. CV 08 2292 PJH
   and DISABILITY RIGHTS,
12 ENFORCEMENT, EDUCATION,              **DEFENDANTS DEPOT GARDEN CAFE**
   SERVICES: HELPING YOU HELP           **and NAM DOO CHUNG and NAN**
13 OTHERS, a California public benefit   **KWANG CHUNG, individuals dba**
   corporation,                         **DEPOT GARDEN CAFE ANSWER TO**
14                                       **COMPLAINT FOR INJUNCTIVE RELIEF**
             Plaintiffs,                 **AND DAMAGES**
15
16        v.

17 DEPOT GARDEN CAFE; FRANK
   ANNICELLI; NAM DOO CHUNG and
18 NAN KWANG CHUNG, individuals dba
   DEPOT GARDEN CAFÉ,
19           Defendants.

20

21        Defendants DEPOT GARDEN CAFE and NAM DOO CHUNG and NAN KWANG

22 CHUNG, individuals dba DEPOT GARDEN CAFE ("these answering defendants") answer the

23 Complaint for Injunctive Relief and Damages ("Complaint") of plaintiffs as follows:

24        1.      Referencing Paragraph 1 of the Complaint, these answering defendants deny that

25 they "thereby discriminatorily den[ied] plaintiffs and the class of other similarly situated person

26 with physical disabilities access to, the full and equal enjoyment of, opportunity to participate in,

27 and benefit from, the goods, facilities, services, and accommodations thereof."  These answering

28

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

ANSWER TO COMPLAINT

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

1    defendants are without sufficient knowledge or information to form a belief as to the truth of the

2    remainder of the allegations contained in Paragraph 1, and on that basis deny these allegations.

3        2.    Referencing Paragraph 2 of the Complaint, these answering defendants are without

4    sufficient knowledge or information to form a belief as to the truth of the allegations contained in

5    the first sentence of said paragraph, and on that basis deny these allegations.  Defendants deny the

6    remainder of the allegations contained in Paragraph 2.

7        3.    Referencing paragraph 3 of the Complaint, these answering defendants are without

8    sufficient knowledge or information to form a belief as to the truth of the allegations contained in

9    said paragraph, and on that basis deny these allegations.

10        4.    Referencing paragraph 4 of the Complaint, these answering defendants admit that

11    the Garden Depot Café is located at/near 718 "B" Street, in the City of San Rafael, County of

12    Marin, State of California.  These answering defendants are without sufficient knowledge or

13    information to form a belief as to the truth of the remainder of the allegations contained in

14    paragraph 4, and on that basis deny these allegations.

15        5.    Referencing paragraphs 5, 6 and 7 of the Complaint, these answering defendants

16    are without sufficient knowledge or information to form a belief as to the truth of the allegations

17    contained in said paragraphs, and on that basis deny these allegations.

18        6.    Referencing paragraph 8 of the Complaint, these answering defendants admit that

19    Nam Doo Chung and Nan Kwang Chung are the operators of the Garden Depot Café and that it is

20    located at/near 718 "B" Street, San Rafael, California, as assignees of a lease with the owner of

21    the building in which the Garden Depot Café is located.  These answering defendants are without

22    sufficient knowledge or information to form a belief as to the truth of the remainder of the

23    allegations contained in paragraph 8, and on that basis deny these allegations.

24        7.    Referencing the allegations of paragraph 9 of the Complaint, these answering

25    defendants admit that Nam Doo Chung and Nan Kwang Chung are the operators of the Garden

26    Depot Café which is located at/near 718 "B" Street, San Rafael, California, as assignees of a lease

27    with the owner of the building in which the Garden Depot Café is located and that this business is

28    open to the general public.  These answering defendants deny that they are in a joint venture with

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

1   Frank Annicelli or anyone else.  These answering defendants are without sufficient knowledge or

2   information to form a belief as to the truth of the remainder of the allegations contained in

3   paragraph 9, and on that basis deny these allegations.

4           8.      Referencing paragraph 10 of the Complaint, these answering defendants admit that

5   section 36.201 of the Code of Federal Regulations has been quoted.  These answering defendants

6   deny that architectural barriers preventing access exist at the Garden Depot Café.  These

7   answering defendants are without sufficient knowledge or information to form a belief as to the

8   truth of the remainder of the allegations contained in paragraph 10, and on that basis deny these

9   allegations.

10          9.      Referencing paragraph 11 of the Complaint, these answering defendants admit that

11  the Garden Depot Café is a restaurant located at/near 718 "B" Street, San Rafael, California.

12  These answering defendants deny that architectural barriers preventing access exist at the Garden

13  Depot Café.  These answering defendants are without sufficient knowledge or information to

14  form a belief as to the truth of the remainder of the allegations contained in paragraph 11, and on

15  that basis deny these allegations.

16          10.     Referencing paragraph 12 of the Complaint, these answering defendants are

17  without sufficient knowledge or information to form a belief as to the truth of the allegations

18  contained in said paragraph, and on that basis deny these allegations.

19          11.      Referencing paragraph 13 of the Complaint, these answering defendants admit the

20  allegations contained therein with respect to these answering defendants.  These answering

21  defendants deny that architectural barriers preventing access exist at the Garden Depot Café.

22  These answering defendants are without sufficient knowledge or information to form a belief as

23  to the truth of the remainder of the allegations contained in paragraph 13, and on that basis deny

24  these allegations.

25          12.     Referencing paragraphs 14 through 25 of the Complaint, these answering

26  defendants deny that there are barriers in the passage leading into the rear entrance doors and

27  deny that the restroom is inaccessible.  These answering defendants deny that architectural

28  barriers preventing access exist at the Garden Depot Café.  These answering defendants are

ANSWER TO COMPLAINT

without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in paragraphs 14 through 25 of the Complaint, and on that basis deny these allegations.

13.    Referencing paragraphs 26 and 27 of the Complaint, these answering defendants deny each and every allegation contained therein.  These answering defendants deny that architectural barriers preventing access exist at the Garden Depot Café.

14.    Referencing paragraph 28 of the Complaint, these answering defendants admit that copies of two letters are attached as Exhibit "A" to the Complaint.  These answering defendants deny that architectural barriers preventing access exist at the Garden Depot Café.  These answering defendants are without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in paragraph 28, and on that basis deny these allegations.

15.    Referencing paragraphs 29 through 36 of the Complaint, these answering defendants deny each and every allegation contained therein.  These answering defendants deny that architectural barriers preventing access exist at the Garden Depot Café.

16.    Referencing paragraphs 37 and 38 of the Complaint, these answering defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraphs, and on that basis deny these allegations.  These answering defendants deny that architectural barriers preventing access exist at the Garden Depot Café.

17.    Referencing paragraphs 39 through 44 of the Complaint, these answering defendants deny each and every allegation contained therein.  These answering defendants deny that architectural barriers preventing access exist at the Garden Depot Café.

18.    Referencing paragraph 45 of the Complaint, these answering defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 44 of the Complaint.

19.    Referencing paragraphs 46 through 49 of the Complaint, these answering defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraphs, and on that basis deny these allegations.  Plaintiffs

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

4

purport to quote from statutes and legislative history, without alleging facts which can be admitted or denied by these answering defendants.

20.    Referencing paragraph 50 of the Complaint, these answering defendants admit that plaintiffs purport to quote certain statutory sections without alleging facts which can be admitted or denied by these answering defendants.  These answering defendants deny the factual allegations contained in said paragraph.

21.     Referencing paragraphs 51 through 56 of the Complaint, these answering defendants admit that certain statutory sections are purportedly quoted.  These answering defendants deny that architectural barriers preventing access exist at the Garden Depot Café. These answering defendants deny the remainder of the allegations contained in paragraphs 51 through 56 of the Complaint.

22.    Referencing paragraph 57 of the Complaint, these answering defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 56 of the Complaint.

23.    Referencing paragraphs 58 through 60 of the Complaint, these answering defendants admit that certain statutory sections are purportedly quoted.  These answering defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraphs, and on that basis deny these allegations.

24.    Referencing paragraphs 61 through 66 of the Complaint, these answering defendants deny each and every allegation contained therein.  These answering defendants deny that architectural barriers preventing access exist at the Garden Depot Café.

25.    Referencing paragraph 67 of the Complaint, these answering defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 73 of the Complaint.

26.    Referencing paragraphs 68 through 74 of the Complaint, these answering defendants admit that certain statutory sections are purportedly quoted.  These answering defendants deny the remainder of the allegations contained in paragraphs 68 through 74 of the

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

5

Complaint.  These answering defendants deny that architectural barriers preventing access exist at the Garden Depot Café.

27.    Referencing paragraph 75 of the Complaint, these answering defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 74 of the Complaint.

28.    Referencing paragraphs 76 through 80 of the Complaint, these answering defendants admit that certain statutory sections are purportedly quoted.  These answering defendants deny the remainder of the allegations contained in paragraphs 76 through 80 of the Complaint.  These answering defendants deny that architectural barriers preventing access exist at the Garden Depot Café.

## FIRST AFFIRMATIVE DEFENSE

These answering defendants allege that the Complaint, and each cause of action thereof, fails to state facts sufficient to constitute any cause of action against these answering defendants.

## SECOND AFFIRMATIVE DEFENSE

These answering defendants are informed, believe and thereupon allege that the plaintiff was himself careless and negligent in and about the matters referred to in his Complaint, and such carelessness and negligence on the part of the plaintiff proximately caused and contributed to the damages complained of, if any there were, and these answering defendants further allege that any negligence and carelessness not attributable to said plaintiff was a result of negligence and careless conduct on the part of persons and/or entities other than these answering defendants.

## THIRD AFFIRMATIVE DEFENSE

These answering defendants are informed, believe and thereupon allege that the plaintiff was himself careless and negligent in and about the matters referred to in said Complaint, and such carelessness and negligence on the part of the plaintiff proximately caused and contributed to the damages complained of, if any there were, and should plaintiff recover damages against these answering defendants, any such recovery must be reduced by that percentage which reflects the comparative fault of the plaintiff.

///

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

ANSWER TO COMPLAINT

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

**FOURTH AFFIRMATIVE DEFENSE**

These answering defendants are informed, believe and thereupon allege that plaintiff failed to mitigate damages that he contends that he suffered and is therefore barred from recovery of some or all of said damages.

**FIFTH AFFIRMATIVE DEFENSE**

These answering defendants are informed, believe and thereupon allege that the Complaint is barred by the applicable statute of limitations.

**SIXTH AFFIRMATIVE DEFENSE**

These answering defendants are informed, believe and thereupon allege that plaintiff unreasonably delayed in bringing this action against these answering defendants and that such delay substantially prejudiced these answering defendants, and the action is therefore barred by laches.

**SEVENTH AFFIRMATIVE DEFENSE**

These answering defendants are informed, believe and thereupon allege that plaintiff brings unclean hands to this litigation, and his action is therefore barred by the equitable doctrine of unclean hands.

**EIGHTH AFFIRMATIVE DEFENSE**

These answering defendants are informed, believe and thereupon allege that they did not violate any statutory duty to plaintiff.

**NINTH AFFIRMATIVE DEFENSE**

These answering defendants are informed, believe and thereupon allege that they did not violate any common law duty to plaintiff.

**TENTH AFFIRMATIVE DEFENSE**

These answering defendants are informed, believe and thereupon allege that they have removed any architectural barriers and added auxiliary aids and services to their leasehold to the extent such removals and additions were readily achievable.

///

///

ANSWER TO COMPLAINT

**ELEVENTH AFFIRMATIVE DEFENSE**

These answering defendants are informed, believe and thereupon allege that any new construction and alterations to their leasehold were exempt from meeting the requirements of the ADA since compliance with such requirements was structurally impracticable.

**TWELFTH AFFIRMATIVE DEFENSE**

These answering defendants are informed, believe and thereupon allege that, at all relevant times, they were exempt from providing relevant auxiliary aids and services on their leasehold since taking such steps would have fundamentally altered the nature of the goods, services, facilities, advantages, or accommodations being offered or would have resulted in an undue burden.

WHEREFORE, these answering defendants pray that plaintiffs take nothing by their action, that these answering defendants be dismissed with costs of suit incurred herein, and for such other and further relief as this Court deems just and proper.


Dated:  June 30, 2008                    CRAIGIE, MCCARTHY & CLOW




By:   */s/ James M. Hanavan*
        James M. Hanavan
        Attorneys for Defendants
        DEPOT GARDEN CAFE and
        NAM DOO CHUNG and NAN
        KWANG CHUNG, individuals dba
        DEPOT GARDEN CAFE

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

ANSWER TO COMPLAINT