1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5
   Attorneys for Plaintiffs
6  PATRICK CONNALLY
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                                              )   **CASE NO. CV-08-2292-PJH**
    PATRICK CONNALLY, an individual; and        )
12  DISABILITY RIGHTS, ENFORCEMENT,             )   **NOTICE OF CHANGE OF FIRM**
    EDUCATION, SERVICES:HELPING YOU             )   **ADDRESS**
13  HELP OTHERS, a California public benefit    )
    corporation,                                )
14                                              )
           Plaintiffs,                          )
15                                              )
    v.                                          )
16                                              )
    DEPOT GARDEN CAFE; FRANK                    )
17  ANNICELLI; NAM DOO CHUNG and                )
    NAN KWANG CHUNG, individuals dba            )
18  DEPOT GARDEN CAFE,                          )
                                                )
19         Defendants.                          )
    _____)
20
21         **TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

NOTICE OF CHANGE OF FIRM ADDRESS                                              1

1  PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*,

2  has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the

3  following:      **4328 Redwood Hwy, Suite 300**

4                  **San Rafael, California, 94903**

5  The telephone number and fax number remain the same.

6

7  Dated: August 27, 2008            THOMAS E. FRANKOVICH
                                     *A PROFESSIONAL LAW CORPORATION*
8

9                                    By: _____/S/_____
                                         THOMAS E. FRANKOVICH
10                                       Attorneys for Plaintiffs

NOTICE OF CHANGE OF FIRM ADDRESS                                              2