1  James M. Hanavan, State Bar No. 66097
   Kristen E. Drake, State Bar No. 202827
2  CRAIGIE, MCCARTHY & CLOW
   540 Pacific Avenue
3  San Francisco, CA 94133
   Telephone: (415) 732-7788
4  Facsimile:  (415) 732-7783

5  Attorneys for Defendants
   DEPOT GARDEN CAFE and
6  NAM DOO CHUNG and NAN
   KWANG CHUNG, individuals dba
7  DEPOT GARDEN CAFE

8                          UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | PATRICK CONNALLY, an individual;      | Case No. CV 08 2292 PJH
   | and DISABILITY RIGHTS,
12 | ENFORCEMENT, EDUCATION,              | **SUBSTITUTION OF ATTORNEYS AND**
   | SERVICES: HELPING YOU HELP           | **[PROPOSED] CONSENT ORDER**
13 | OTHERS, a California public benefit
   | corporation,
14 |
   |             Plaintiffs,
15 |
   |     v.
16 |
   | DEPOT GARDEN CAFE; FRANK
17 | ANNICELLI; NAM DOO CHUNG and
   | NAN KWANG CHUNG, individuals dba
18 | DEPOT GARDEN CAFE,
   |
19 |             Defendants.

20

21     Notice is hereby given that, subject to approval by the court, Defendant FRANK

22  ANNICELLI substitutes James M. Hanavan, State Bar No. 66097 as counsel of record in place of

23  Frank Annicelli, *In Pro Per*.

24     Contact information for new counsel is as follows:

25  James M. Hanavan, State Bar No. 66097
    CRAIGIE, McCARTHY & CLOW
26  540 Pacific Avenue
    San Francisco, CA 94133
27  Telephone: (415) 732-7788
    Facsimile: (415) 732-7783
28  e-mail: craigielaw@aol.com

                                    1
                                                    Substitution of Attorney

1  I consent to the above substitution.

2

3  Dated: October 1, 2009

_____
FRANK ANNICELLI

6  Dated: October 1, 2009    CRAIGIE, McCARTHY & CLOW

_____
James M. Hanavan

**ORDER**

The substitution of attorney is hereby approved and so ORDERED

10/15/09



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783