James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, MCCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile:  (415) 732-7783

Attorneys for Defendants and Cross-Complainants
DEPOT GARDEN CAFE and
NAM DOO CHUNG and NAN
KWANG CHUNG, individuals dba
DEPOT GARDEN CAFE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>DEPOT GARDEN CAFE; FRANK ANNICELLI; NAM DOO CHUNG and NAN KWANG CHUNG, individuals dba DEPOT GARDEN CAFÉ,<br><br>            Defendants.<br>_____<br>DEPOT GARDEN CAFE; NAM DOO CHUNG and NAN KWANG CHUNG, individuals dba DEPOT GARDEN CAFÉ,<br><br>            Cross-Complainants,<br><br>     v.<br><br>ALLIED INSURANCE, A NATIONWIDE COMPANY, and AMCO INSURANCE COMPANY,<br><br>            Cross-Defendants. | Case No. CV 08 2292 PJH<br><br>**NOTICE OF DISMISSAL OF CROSS-COMPLAINT AGAINST ALLIED INSURANCE AND AMCO INSURANCE COMPANY** |

NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure, Rule 41(c), plaintiff voluntarily dismisses the above-captioned action against ALLIED INSURANCE, A NATIONWIDE COMPANY, and AMCO INSURANCE COMPANY with prejudice.

Dated:  September 2, 2010          CRAIGIE, MCCARTHY & CLOW

By: _____*/s/ James M. Hanavan*_____
    James M. Hanavan
    Attorneys for Defendants and Cross-Complainants
    DEPOT GARDEN CAFÉ,
    NAM DOO CHUNG and NAN
    KWANG CHUNG, individuals dba
    DEPOT GARDEN CAFE

9/3/10

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRAIGIE, MCCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

2
NOTICE OF DISMISSAL