James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, MCCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile:  (415) 732-7783

Attorneys for Defendant and Cross-Complainant
FRANK ANNICELLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DEPOT GARDEN CAFE; FRANK ANNICELLI; NAM DOO CHUNG and NAN KWANG CHUNG, individuals dba DEPOT GARDEN CAFÉ,<br><br>　　　　　Defendants.<br>_____<br><br>FRANK ANNICELLI,<br><br>　　　　　Cross-Complainant,<br><br>　　v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　　Cross-Defendant. | Case No. CV 08 2292 PJH<br><br>**NOTICE OF DISMISSAL OF CROSS-COMPLAINT AGAINST SCOTTSDALE INSURANCE COMPANY** |

Notice of Dismissal

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure, Rule 41(c), cross-complainant voluntarily dismisses the above-captioned action against SCOTTSDALE INSURANCE COMPANY with prejudice.

Dated: October 8, 2010                    CRAIGIE, MCCARTHY & CLOW

By:  ____*/s/ James M. Hanavan*____
     James M. Hanavan
     Attorneys for Defendant and Cross-Complainant
     FRANK ANNICELLI

10/21/10 

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA